

U.S. Department of Justice

United States Attorney
Eastern District of New York

AP

271 Cadman Plaza East
Brooklyn, New York 11201

February 26, 2023

By ECF and E-Mail

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Munson P. Hunter III, aka Paul Hunter
              Case No. 23-MJ-180 (CLP)

Dear Judge Pollak:

      On February 24, 2023, the Court presided over a removal matter in which the defendant requested an identity hearing prior to removal to the Southern District of Texas in connection with an arrest warrant that issued upon an indictment charging him with, inter alia, violations of Title 18, United States Code, Sections 1344 (bank fraud) and 1343 (wire fraud). The Court ordered the defendant detained pending the identity hearing to be held on March 1, 2023 at 11:30 a.m. At the conclusion of the matter, the defendant notified the Court, through his attorney, that his dog was at home alone. The Court authorized the agents who took custody of the defendant to retrieve his dog from the defendant's home and to take it to a suitable shelter. The defendant also authorized the agents to do the same.

      The government respectfully writes to update the Court with respect to the defendant's dog. Later that evening, at approximately 5:30 p.m., the agents arrived at the defendant's home and found the dog in the kitchen. They left the defendant's personal belongings on a kitchen counter along with an inventory of that property. The only property they retained were the defendant's house keys, which they intend to bring to the identity hearing on March 1, 2023. The agents coordinated with ASPCA personnel who advised them to take the dog to a shelter in Harlem. The agents arrived to the shelter at approximately 6:45 p.m. and filled out paperwork for the dog. They provided the shelter with the defendant's name and address as well as defense counsel's contact information. The

shelter provided the agents with a receipt and a unique animal ID number for the dog.  On February 26, 2023, the undersigned forwarded a copy of that receipt to defense counsel.

        Respectfully submitted,

        BREON PEACE
        United States Attorneys

By:    /s/ Andrés Palacio
        Andrés Palacio
        Assistant U.S. Attorney
        (718) 254-6215

cc:    Clerk of Court (CLP) (via ECF)
       Defense Counsel (via Email)